ACCEPTED
05-18-00034-cv
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 5:19 PM
LISA MATZ
CLERK

No. 05-18-00034-CV

| | | |
|---|---|---|
| TONY R. SAAD, | § | IN THE FIFTH DISTRICT |
| | § | |
| | § | |
| APPELLANT, | § | |
| | § | |
| v. | § | COURT OF APPEALS |
| | § | |
| FRIEDMAN & FEIGER LLP, | § | |
| | § | |
| APPELLEE | § | DALLAS, TEXAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/26/2018 5:19:38 PM
LISA MATZ
Clerk

### APPELLANT TONY R. SAAD'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

1.      Appellant Tony R. Saad ("Saad" or "Appellant") respectfully asks the Court to allow a 30-day extension to the time to file his Appellant's Brief.

2.      There is no specific deadline to file this motion to extend time. *See* TEX. R. APP. P. 38.6(d).

3.      Counsel for Appellant conferred with Appellee Friedman & Feiger LLP ("F&F"), and Appellee does not oppose this motion.

4.      The Court has authority under Texas Rule of Appellate Procedure 38.6(D) to extend the time to file a brief.

5.      Saad's Brief is currently due on March 28, 2018.

6.      Saad requests an additional 30 days to file his Brief, extending his briefing deadline until April 27, 2018.

7.      No extension has been granted to extend the time to file Saad's Brief.

1

8.     Saad requests additional time to file his Brief in order to allow the issues in this appeal to be fully and completely briefed.

9.     For these reasons, and based on the Court's authority, Saad respectfully requests that the Court grant an extension of time to file his Brief until April 27, 2018.

Respectfully Submitted,

**HEDRICK KRING, PLLC**

*/s/ Britton D. McClung*
**BRITTON D. McCLUNG**
Texas Bar No. 24060248
Britt@hedrickkring.com
**JACOB B. KRING**
Texas Bar No. 24062831
Jacob@hedrickkring.com
1700 Pacific Ave., Suite 4650
Dallas, Texas 75201
P: (214) 880-9600
F: (214) 481-1844

**ATTORNEYS FOR**
**APPELLANT TONY R. SAAD**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding the content of the foregoing Motion on March 26, 2018, and counsel for Appellee is not opposed to the relief sought herein.

/s/ Britton D. McClung
Britton D. McClung

## CERTIFICATE OF SERVICE

I certify that I served by electronic mail, a copy of this Motion on counsel for Appellee on the 26th day of March, 2018.

/s/ Britton D. McClung
Britton D. McClung